Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of North Carolina (NC Exemptions)

In re **Richard Thomas Lowery / Glenda Carol Lowery**, Debtor(s)

Case No. **06-02601-8**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2005 Nissan Titan King Cab Pickup LE 2 WD  Allstate Insurance Policy #: 030851808  *DEBTORS TO SURRENDER* | Wells Fargo | X | | | |
| House & Lot:  1587 71st School Road  Fayetteville, NC  28314 | Wachovia Bank | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date **August 28, 2006**    Signature **/s/ Richard Thomas Lowery**
**Richard Thomas Lowery**
Debtor

Date **August 28, 2006**    Signature **/s/ Glenda Carol Lowery**
**Glenda Carol Lowery**
Joint Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

In Re:
**Richard Thomas Lowery and Glenda Carol Lowery**

Case No. _06-02601-8_____
Chapter  7

Social Security Nos.:  xxx-xx-4030 & xxx-xx-4101

Address: 1587 71St School Road, Fayetteville, NC 28314

Debtors.

## CERTIFICATE OF SERVICE
## OF
## STATEMENT OF INTENTION

I, Annie Kosko, of the Law Offices of John T. Orcutt, P.C., Attorney for Debtors, do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on the date of this document, I served a copy of the Statement of Intention in this case upon each secured creditor named in the Statement of Intention be depositing a copy thereof in a postpaid wrapper in the post office or official depository under the exclusive care and custody of the Unites States Post Office, properly addressed to each said creditor at the address for each said creditor as set forth on Schedule D filed with the Court in this case.

Dated: August 28, 2006

/s Annie Kosko
_____
Annie Kosko